1  **NANCY BRYN ROSENFELD**
   California State Bar # 99108
2  1168 Union Street, Ste. 303
   San Diego, CA  92101-3818
3  Office: (619) 234-3616
   Fax:    (619)234-0054
4
   Attorney for Defendant
5  **RUDY TIJERINA**, JR.

6

7
                    UNITED STATES DISTRICT COURT
8
                   SOUTHERN DISTRICT OF CALIFORNIA
9
                      (HON.  JEFFREY T. MILLER)
10

11 | UNITED STATES OF AMERICA,      )   CASE NO. **08-CR 1540 JM**
                                    )
12 |        Plaintiff,               )   Date:   June 6,  2008
                                    )   Time:   11:00 a.m.
13 | v.                              )
                                    )   **NOTICE OF MOTION AND**
14 |                                 )   **MOTION FOR DISCOVERY**
   **RUDY TIJERINA, Jr. (5)**       )
15                                  )
   _____)
16
   **TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY; AND STEWART YOUNG,**
17 **ASSISTANT UNITED STATES ATTORNEY**:

18     **PLEASE TAKE NOTICE** that on June 6, 2007 at 11:00 a.m., or as soon

19 thereafter as counsel may be heard, the Defendant, Rudy Tijerina, Jr.  will present the

20 following motion for discovery.

21     Said Motions will be based upon this Notice of Motions, the Motions attached

22 hereto, the Statement of Facts and Points of Authorities filed herewith, as well as any

23 and all other evidence presented at the time of the hearing of said Motions.

24 Dated: May 28, 2007

25                              */S/ Nancy Bryn Rosenfeld*
                                NANCY BRYN ROSENFELD
26                              Attorney for Defendant
                                RUDY TIJERINA
27

28                                                      08 cr 1540