1 | GUADALUPE VALENCIA
2 | ATTORNEY AT LAW
California State Bar No. 197831
105 West "F" Street, Third Floor
3 | San Diego, California 92101-6036
Telephone: (619) 232-2588
4 |
5 |
Attorney for Defendant
6 | Gregory Swift
7 |
8 | UNITED STATES DISTRICT COURT
9 | SOUTHERN DISTRICT OF CALIFORNIA
10 | (HONORABLE JEFFREY T. MILLER, JUDGE)
11 | UNITED STATES OF AMERICA,         )  Criminal Case No. 08CR1540
12 |                 Plaintiff,        )  ACKNOWLEDGMENT OF
                                       )  NEXT COURT DATE
13 |        v.                         )
14 | GREGORY SWIFT,                    )
15 |                 Defendant.        )
16 |

I, GREGORY SWIFT, hereby acknowledge my obligation to appear before the Honorable JEFFREY T. MILLER Judge of the United States District Court, set for Sentencing on Friday, August 15, 2008 at 9:00 a.m.

Dated: 7/25/08

_/s/ Gregory Swift_
GREGORY SWIFT