CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon via electronic email:

**Michael Stephen Berg**
msberg@attglobal.net

**Julie A Blair**
julieannblair@hotmail.com

**Ricardo M Gonzalez**
ricardo@attorneygonzalez.com,mongonz@cox.net

**Eugene G Iredale**
egiredale@yahoo.com,grace.s.jun@gmail.com

**Alex L Landon**
mccabeatty@aol.com,negall1018@aol.com

**Martin G Molina**
mmolinaesq@yahoo.com,mmolinaesq@sbcglobal.net

**William K Mueller**
muellerwllm@yahoo.com,khilz007@yahoo.com

**Michael Pancer**
mpancer@hotmail.com

**Frank J Ragen , II**
fjragen@aol.com,lucia_ls18@hotmail.com,lalanya@cox.net

**Jan E Ronis**
jan@ronisandronis.com,rebecca@ronisandronis.com

**Nancy Bryn Rosenfeld**
nrosenfeld@aol.com

**L Marcel Stewart**
lmslaw@att.net,lmarcelstewart@hotmail.com

**Guadalupe Valencia**
gvalencialaw@yahoo.com,nrodoffice@yahoo.com

**Stewart Michael Young**
stewart.young@usdoj.gov,lilian.ruiz@usdoj.gov,efile.dkt.gc1@usdoj.gov

Dated: July 25, 2008
                                          */s/ Guadalupe Valencia*
                                          GUADALUPE VALENCIA

                                          Law Offices of Guadalupe Valencia
                                          105 West F Street, Third Floor
                                          San Diego, California 92101-6036
                                          (619) 232-2588 (tel)
                                          (619) 232-2158 (fax)
                                          email: gvalencialaw@yahoo.com